IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **RONALD SCHMUCKER,** *et al.*,<br>    *Plaintiffs*,<br>  v.<br>**JOHNSON CONTROLS, INC. and TOCON HOLDINGS, LLC,**<br>    *Defendants*. | Cause No. 3:14-cv-1593-JD-CAN |
| **AMOS and DEBBIE HOSTETLER, RITA CHAIREZ, BECKY NULL, and MARIA TOVAR, on behalf of themselves and all others similarly situated**,<br>    *Plaintiffs*,<br>  v.<br>**JOHNSON CONTROLS, INC. and TOCON HOLDINGS, LLC,**<br>    *Defendants*. | Cause No. 3:15-cv-00226-JD-CAN |

**DEFENDANT JOHNSON CONTROLS, INC.'S MOTION TO DISQUALIFY
THE LAW FIRMS OF
YODER, AINLAY, ULMER & BUCKINGHAM LLP AND
<u>TAFT, STETTINIUS & HOLLISTER LLP</u>**

**BARNES & THORNBURG LLP**
Kelly J. Hartzler (24929-20)
700 1st Source Bank Center
100 North Michigan
South Bend, Indiana  46601-1632
(574) 237-1184

**CHADBOURNE & PARKE LLP**
Thomas J. Hall (Pro Hac Vice)
Andrew E. Skroback (Pro Hac Vice)
Lauren T. Lee (Pro Hac Vice)
1301 Avenue of the Americas
New York, New York  10019
(212) 408-5100

*Attorneys for Defendant Johnson Controls, Inc.*

Defendant Johnson Controls, Inc. ("JCI"), by their attorneys, Chadbourne & Parke LLP and Barnes & Thornburg LLP, respectfully submit this Motion to Disqualify the law firms of Yoder, Ainlay, Ulmer & Buckingham LLP (the "Ulmer firm") and Taft, Stettinius & Hollister LLP (the "Taft firm") as counsel for Plaintiffs in these actions pursuant to Indiana Rules of Professional Conduct 1.6, 1.9, 1.10, 5.1, 7.1, 7.3, and 8.4 ("the Rules").

JCI recently discovered evidence that the Ulmer firm previously represented JCI in a matter against defendant Tocon Holdings, LLC that was substantially related to the above-captioned litigation.  JCI was previously unaware of the conflict, because JCI's outside real estate counsel solicited the Ulmer firm's prior representation of JCI and paid the Ulmer firm's invoice. The Ulmer firm's prior representation of JCI, which the Ulmer firm did not disclose to or request a waiver of conflict from JCI, requires the disqualification of the Ulmer firm in these proceedings under Indiana Rules of Professional Conduct 1.6, 1.9, 1.0 and 5.1.  It also requires disqualification of the Taft firm under clear Seventh Circuit precedent and its progeny.

The Taft and Ulmer Firms also should be disqualified under Rules 7.1, 7.3 and 8.4 because Plaintiffs' counsel improperly solicited each and every one of the named *Hostetler* Plaintiffs in violation of these Rules.  Specifically, every named Plaintiff testified that they did not know Plaintiffs' counsel prior to being solicited, were not seeking legal counsel, and in at least one case were not even aware of the contamination at issue in these cases prior to receiving in-person cold-calls from Plaintiffs' counsel or attending marketing meetings organized by those firms where Plaintiffs' counsel misleadingly represented that they were counsel for "the Neighborhood" in litigation to be filed.  This solicitation was in clear violation of the Rules of Professional Conduct and should result in the disqualification of Plaintiffs' counsel.

For the foregoing reasons, more fully set forth in the accompanying Memorandum of Law, JCI respectfully requests that the Ulmer firm and the Taft firm be disqualified from these actions, that JCI be awarded its attorney fees for filing this motion, and for all other appropriate relief.

Dated:  December 19, 2015

Respectfully submitted,

Johnson Controls, Inc.,

By:  /s/ Thomas J. Hall
One of Its Attorneys
Thomas J. Hall (admitted Pro Hac Vice)
Andrew E. Skroback (admitted Pro Hac Vice)
Lauren T. Lee (admitted Pro Hac Vice)
**CHADBOURNE & PARKE LLP**
1301 Avenue of the Americas
New York, New York  10019
(212) 408-5100

Kelly J. Hartzler (24929-20)
**BARNES & THORNBURG LLP**
700 1st Source Bank Center
100 North Michigan
South Bend, Indiana  46601-1632
(574) 237-1184

*Attorneys for Defendant Johnson Controls, Inc.*

## **CERTIFICATE OF SERVICE**

The foregoing was filed electronically on December 19, 2015 with the Clerk of Court using the CM/ECF system, which sent notice of the filing to:

Thomas A. Barnard
Rodney L. Michael, Jr.
Mellissa A. Gardner
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square
Suite 3500
Indianapolis, Indiana 46204-2023

John Ulmer
YODER AINLAY ULMER & BUCKINGHAM, LLP
130 N. Main Street
Goshen, Indiana 46526

*Counsel for Plaintiffs*


The foregoing was also sent via United States Priority Mail to the following:

James T. Young
Rubin & Levin P.C.
342 Massachusetts Avenue, Ste. 500
Indianapolis, IN 46204

*Counsel for Bankruptcy Trustee for Tocon Holdings, LLC*

| | |
|---|---|
| L. Leona Frank | Tocon Holdings, LLC |
| Frank Law, LLC | c/o Tony Adkins |
| P.O. Box 55081 | 5722 Pond Ridge Circle |
| Indianapolis, IN 46205 | Georgetown, Indiana  47122 |
| | |
| *Bankruptcy Counsel for Tocon Holdings, LLC* | *Defendant* |

                                                                            /s/ Thomas J. Hall
                                                                            Thomas J. Hall

3